**SEALED**

**FILED**
June 06, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SO_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff<br><br>v<br><br>**NATIN PAUL**<br>a/k/a Nate Paul<br>Defendant | **1:23-CR-100-DAE** |

## Motion to Seal Indictment

The government respectfully requests that the Court seal all documents relating to the Indictment of Natin Paul, filed in the above-styled cause. These documents include the Indictment, the Record of Grand Jurors Concurring, the Personal Data Sheet, the Order for Bench Warrant and Setting Amount of Bail, as well as this Motion to Seal the Indictment. Sealing will facilitate the government's efforts to safely effect the arrest of the Defendant and reduce the risk of flight. The government further requests that, should this motion be granted, all of the aforementioned documents, be unsealed following the Defendant's arrest.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By:   */s/ Alan M. Buie*
ALAN M. BUIE
Assistant United States Attorney
Texas Bar No. 783751
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Office (512) 916-5858
Fax   (512) 916 5854
alan.buie@usdoj.gov