<u>SEALED</u>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
June 06, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SO_____
DEPUTY

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff | |
| v | **1:23-CR-100-DAE** |
| NATIN PAUL | |
| a/k/a Nate Paul | |
| Defendant | |

## ORDER

Before the Court is the Government's Motion to Seal the Indictment and all related documents in the above-styled case, and after considering the same, the Court is of the opinion that it should be granted in the interest of law enforcement.

ACCORDINGLY, it is hereby ORDERED that the Clerk of the Court file the Indictment and all related documents under seal. It is further ORDERED, based upon the Motion, that the Indictment and all related documents be unsealed following the arrest of the defendant, NATIN PAUL.

IT IS FURTHER ORDERED that the Government's Motion to Seal, as well as this order, order shall remain sealed until such time as the Indictment and all related documents are unsealed.

SIGNED on this 6th day of June, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE