|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>**AUSTIN DIVISION** | **FILED**<br>June 06, 2023<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____SO_____<br>DEPUTY |
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br>v<br>**NATIN PAUL**<br>a/k/a Nate Paul<br>    **Defendant** | **1:23-CR-100-DAE** |

### ORDER FOR BENCH WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is hereby fixed in the amount shown below, returnable instanter to the Austin, Texas Division of this Court, such bail to be taken by any United States Magistrate Judge.

| Defendant | Amount of Bail |
|---|---|
| **NATIN PAUL** | Based upon the request of the U.S. Attorney, it is recommended that the defendant be detained until a hearing pursuant to 18 U.S.C. § 3142 can be held. |

SIGNED at Austin, Texas, this 6th day of June, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE