AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

United States of America
v.

**NATIN PAUL**      a/k/a Nate Paul
*Defendant*

Case No. 1:23-CR-100-DAE

**FILED**

**ARREST WARRANT**

JUN - 9 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Natin Paul   a/k/a Nate Paul                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Cts. 1-8: 18 U.S.C. § 1014 – False Statements to Lenders

Date: 06/06/2023

_____
*Issuing officer's signature*

City and state:  Austin, Texas

DUSTIN M. HOWELL, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/6/2023 , and the person was arrested on *(date)* 6/8/2023
at *(city and state)*  AUSTIN, TX

Date: 6/9/2023

_____
*Arresting officer's signature*

Thomas P. Jay Jr.   SA FBI
*Printed name and title*