# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| **Plaintiff** § | |
| § | |
| v § | Case No. 1:23-CR-100-DAE |
| § | |
| **NATIN PAUL** § | |
| a/k/a Nate Paul § | |
| **Defendant** § | |

## UNOPPOSED MOTION TO RESCHEDULE ARRAIGNMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Natin Paul a/k/a Nate Paul, Defendant in the above entitled and numbered cause, and files this Motion to Reschedule Arraignment. Defendant would show:

1. Defendant is indicted herein on multiple counts of violations of 18 U.S.C. § 1014. He appeared for his initial appearance on June 9, 2013, and was released on conditions. The arraignment in this case is set for June 15, 2023.

2. Defendant is in the process of finalizing arrangements for legal representation for what he anticipates will be a complex case. Defendant seeks to delay the arraignment herein for a period of at least one week to allow him time to complete the process of finalizing his defense team. A delay in the arraignment will mean that deadlines in this case such as the time for filing pre-trial motion will also be delayed giving counsel adequate time to determine what, if any motions should be filed.

3. Undersigned Counsel, E. G. Morris, consulted with Alan Buie, lead counsel for the Government on June 12, 2023 concerning this motion. Mr. Buie stated that the Government does not oppose the relief sought.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that the arraignment in this case be rescheduled to a date no sooner than June 22, 2023.

Respectfully submitted,
/s/ E. G. Morris
E. G. Morris
Attorney for Defendant
SBN: 14477700
Law Office of E. G. Morris
505 W. 12th St. Ste. 206
Austin, Texas 78701
Phone (512) 478-0758
Fax (877) 497-8347
Email egm@egmlaw.com

/s/ David Gerger
David Gerger
TX Bar No. 07816360
GERGER HENNESSY & MARTIN
700 Louisiana, Suite 2300
Houston, Texas 77002
Phone (713) 224-4400
Fax (713) 224-5153
Email dgerger@ghmfirm.com


ATTORNEY FOR NATIN PAUL a/k/a NATE PAUL

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2023, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court, using the CM/ECF System which will transmit notification of such filing to all counsel of record.

*/s/* E. G. Morris
E. G. Morris

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| **Plaintiff** § | |
| § | |
| v § | Case No. 1:23-CR-100-DAE |
| § | |
| **NATIN PAUL** § | |
| a/k/a Nate Paul § | |
| **Defendant** § | |

## ORDER

Before the court is Defendant Natin Paul's Unopposed Motion to Reschedule Arraignment currently scheduled for June 15, 2023. Noting that the motion is unopposed, it is GRANTED.

The Court will issue a separate order rescheduling the arraignment for no sooner than June 22, 2023.

The period of time between June 15, 2023, and the new arraignment date is hereby excluded from the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161.

Signed this _____ day of June 2023.

_____
Judge Presiding