UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America

v.                                             NO:   AU:23-CR-00100(1)-DAE

(1) Natin Paul

**ORDER**

Before the Court is the Defendant's Unopposed Motion to Reschedule Arraignment (Clerk's Doc. No. 15). The Defendant was set for ARRAIGNMENT on June 15, 2023. Defendant's counsel has requested that the hearing be reset. The Government does not oppose the continuance. The Court finds good cause for this extension. ACCORDINGLY, the ARRAIGNMENT in this case is reset to June 26, 2023 at 11:00 AM.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant the additional time in which to prepare outweigh the best interest of the public and the Defendant in a speedy trial, in that the failure to grant such a continuance would unreasonably deny the Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7). Thus, the Court ORDERS that the time from June 15, 2023 through June 26, 2023, be excluded under the Speedy Trial Act.

SIGNED 13th day of June, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE