United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Natin Paul a/k/a Nate Paul,<br>    Defendant. | No. A-23-CR-100-DAE |

## Government's Unopposed Motion
## for Confidentiality and Protective Order

Pursuant to Fed. R. Crim. P. 16(d)(1), and without opposition from Defendant, the government requests issuance of the attached Confidentiality and Protective Order, which counsel for Defendant has reviewed and approved. The order will facilitate production of discovery and protection of sensitive confidential information.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By:   */s Alan M. Buie*
Alan M. Buie
Assistant United States Attorney
Texas Bar No. 783751
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: 512.916.5858
Fax: 512.916.5854
alan.buie@usdoj.gov

### Certificate of Service

On July 12, 2023, I filed the foregoing, and caused a copy to be served on the Defendants' counsel of record, via the Court's Electronic Case File system.

   */s Alan M. Buie*
Alan M. Buie
Assistant United States Attorney