# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | § NO: AU:23-CR-00100(1)-DAE |
| | § |
| (1) Natin Paul | § |

### ORDER SETTING HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for a **HEARING ON DEFENDANT'S MOTION FOR CONTINUANCE** (Dkt. 24) on Thursday, July 20, 2023 at 11:00 AM, in Courtroom No. 3 on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

IT IS SO ORDERED this **18th day of July, 2023.**

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE