UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:  AU:23-CR-00100(1)-DAE |
| (1) Natin Paul | § § | |

**ORDER RESETTING ZOOM STATUS CONFERENCE to TELEPHONE CONFERENCE**

IT IS ORDERED that the above entitled and numbered case is reset for a **TELEPHONE CONFERENCE** on Monday, October 16, 2023 at 04:00 PM.  Court staff will be in contact with the parties prior to the hearing with the details needed for connecting to the conference.

The previous ORDER SETTING STATUS CONFERENCE BY ZOOM (Dkt. 31) entered October 11, 2023 is  hereby VACATED .

IT IS SO ORDERED this **12th day of October, 2023.**

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE