UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO: AU:23-CR-00100(1)-DAE |
| (1) Natin Paul | § § | |

**ORDER SETTING TELEPHONE CONFERENCE**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **TELEPHONE CONFERENCE** on Wednesday, December 20, 2023 at 09:00 AM. Court staff will be in contact with the parties prior to the hearing with the details needed for connecting to the conference.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **16th day of October, 2023.**

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE