AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-CR-100-DAE |
| Natin Paul a/k/a Nate Paul | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nate Paul.

Date:  10/16/2023

/s/ Ashlee Martin
*Attorney's signature*

Ashlee Martin TX24070243
*Printed name and bar number*

700 Louisiana St., Suite 2300
Houston, Texas 77002
*Address*

amartin@ghmfirm.com
*E-mail address*

(713) 224-4400
*Telephone number*

(713) 224-5153
*FAX number*