United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br><br>    v.<br><br>Natin Paul,<br>    a/k/a Nate Paul,<br>        Defendant. | No. A-23-CR-100-DAE |

## Government's Notice of Representation

The government hereby notifies Defendants and the Court that former AUSA, Robert Almonte will no longer represent the government and need not receive electronic notifications in this matter.

Respectfully submitted,

Jamie Esparza
United States Attorney

By:    /s/ Daniel D. Guess
       Daniel D. Guess
       Assistant United States Attorney
       903 San Jacinto Boulevard, Suite 334
       Austin, Texas 78701
       (512) 916-5858 (phone)
       (512) 916-5854 (fax)

## Certificate of Service

On December 6, 2023, the foregoing Notice to be filed using the Court's Electronic Case File System, which automatically serves a copy on all counsel of record.

By:    /s/ Daniel D. Guess
       Daniel D. Guess
       Assistant United States Attorney