**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

UNITED STATES OF AMERICA

v.

NATIN PAUL

Case No. 1:23-cr-100-DAE

**ORDER GRANTING CONTINUANCE**

Before the Court is Defendant's Motion for Continuance. Defendant's Motion is hereby

**GRANTED**. Jury selection and trial in this matter are reset for January ____, 2025 at ____ a.m.

This case is complex; discovery is voluminous and is being prepared to be produced; the

defense needs more time for preparation. Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7),

the Court finds that the ends of justice served by a continuance outweigh the interest of the public

and the Defendant in a July 2024 trial, and that a continuance is necessary to allow the Defendant's

counsel the reasonable time necessary for effective preparation, taking into account the exercise

of due diligence. *See* 18 U.S.C. §3161(h)(7).

All pretrial deadlines are continued pending further order of the Court. The parties are

directed to meet and confer and submit a proposed schedule to the Court on or before

_____, 2024.

It is so **ORDERED**.

SIGNED this ____ day of _____, 2024, at Austin/San Antonio, Texas.

*/s/*_____
UNITED STATES DISTRICT/
MAGISTRATE JUDGE