UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA, | § § | |
| Plaintiff, | § | NO:  AU:23-CR-00100(1)-DAE |
| vs. | § § | |
| (1) Natin Paul, | § § | |
| Defendant. | § | |

ORDER SETTING MOTION HEARING

It is hereby ORDERED that the above entitled and numbered case is set for an **in person** hearing on the pending Motion for Continuance (Dkt no. 54) before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, February 16, 2024 at 09:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED.
DATED: Austin, Texas February 05, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE