UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| USA, | § |
| | § |
| vs. | §   NO:  AU:23-CR-00100(1)-DAE |
| | § |
| (1) Natin Paul, | § |

## ORDER SETTING STATUS CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for a STATUS CONFERENCE VIA VIDEO CONFERENCE before Senior U.S. District Judge David A. Ezra on **Thursday, February 08, 2024 at 01:30 PM**. The Court will send video conference instructions to counsel of record prior to the setting via email.

It is further ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED.

DATED: Austin, Texas February 06, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE