UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | §   NO:  AU:23-CR-00100(1)-DAE |
| | § |
| (1) Natin Paul | § |

ORDER CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

Before the Court is Defendant's unopposed motion to continue the Ellis Deadline and the trial of this case filed on January 31, 2024, citing defense counsel's request for additional time to review discovery and prepare for trial. The Government is unopposed to the request for a continuance and filed a response to defendant's motion on February 9, 2024 (Dkt no. 58). On February 16, 2024, a hearing was held. After careful consideration of the record, and the arguments made at the hearing, the Court finds the motion (Dkt no. 54) to be well taken and is GRANTED.

IT IS THEREFORE ORDERED THAT trial of this case, currently set for Monday, July 29, 2024, be and hereby is continued.

This case is **REFERRED** to United States Magistrate Judge Howell to enter pretrial deadlines.

**Jury trial** is reset for **November 06, 2024 at 09:00 AM** in Courtroom 2 of the United States Courthouse, 501 W. Fifth St. Austin, Texas.

With the parties' ORAL consent given at the February 16, 2024 hearing, the jury selection is **REFERRED** to United States Magistrate Judge Howell. Jury Selection will be set by United States Magistrate Judge Howell by separate order.

The Court finds that the period between **July 29, 2024,** and **November 06, 2024**, is a reasonable period of necessary delay to allow counsel to negotiate a plea; and/or to review discovery and the record to date, and to prepare for trial. The Court finds that the interest of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial, and further finds that such period shall be excluded from the time within which the defendant must be brought to trial under the Speedy Trial Act pursuant to 18, United States Code, Section 3161(h)(7).

IT IS SO ORDERED.

DATED: Austin, Texas, February 20, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE