UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:   AU:23-CR-00100(1)-DAE |
| (1) Natin Paul | § § | |

**ORDER SETTING ZOOM STATUS CONFERENCE**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ZOOM STATUS CONFERENCE** on Wednesday, March 20, 2024 at 10:30 AM, in Courtroom No. 3 on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

The hearing will be conducted by ZOOM. Court staff will be in contact with the parties prior to the hearing with the details needed for connecting to the conference.

IT IS SO ORDERED this **18th day of March, 2024.**

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE