UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  AU:23-CR-00100(1)-DAE |
| | § | |
| (1) Natin Paul | § | |

## SCHEDULING ORDER

The Court makes the following schedule as to this defendant:

The deadline for notifying the Court of any **plea agreement** entered into by the parties in this cause is **Friday, October 18, 2024**.  No plea agreement entered into after that date shall be honored by this Court without good cause shown for the delay.

Should a plea agreement be reached and filed in this case and absent written objection filed contemporaneously therewith, this case will be referred to a United States Magistrate Judge for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to final approval and the imposition of sentence by the United States District Court.

**Trial is** set for **Wednesday, November 06, 2024** at **9:30 AM** before Senior United States District Judge David A. Ezra in Courtroom 2 of the United States Courthouse, 501 W. Fifth St., Austin Texas.

Jury selection is set for **Friday, November 1, 2024** at 9:30am before United States Magistrate Judge Dustin M. Howell in Courtroom 1 of the United States Courthouse, 501 W. Fifth St., Austin Texas.

**All pretrial motions other than motions in limine are due June 26, 2024; responses are due July 17, 2024; and replies in support of pretrial motions are due July 31, 2024.**  No pretrial motions other than motions in limine will be accepted by the Court after said deadlines, without showing good cause for the delay.  If a pretrial motion other than a motion in limine is filed earlier than June 26, 2024, any response thereto is due twenty-one (21) days after the filing of the motion, and

any reply in support of the motion is due fourteen (14) days after the filing of any response.

**All motions in limine are due September 25, 2024; responses to motions in limine are due October 9, 2024; and replies in support of motions in limine are due October 16, 2024.** If a motion in limine is filed earlier than September 25, 2024, any response thereto is due fourteen (14) days after the filing of the motion in limine, and any reply in support of the motion in limine is due seven (7) days after the filing of any response.

## Disclosures by the Assistant United States Attorney

On or before May 1, 2024, the Assistant United States Attorney shall provide any notice required by Rule 404(b)(3) of the Federal Rules of Evidence; Rule 12(b)(4) of the Federal Rules of Criminal Procedure; and Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure.

## Pretrial Submissions

Pursuant to Local Rule CV-16(f), the Court **ORDERS** the Assistant United States Attorney by the close of business on August 28, 2024, and the attorney for the defendant by the close of business on September 18, 2024, to serve and file the following information:

(1) A list of questions the party desires the Court to ask prospective jurors.

(2) A list of stipulated facts.

(3) An appropriate identification of each exhibit as specified in this rule (except those to be used for impeachment only), separately identifying those that the party expects to offer and those that the party may offer if the need arises.

(4) The name and, if not previously provided, the address and telephone number of each witness (except those to be used for impeachment only), separately identifying those whom the party expects to present and those whom the party may call if the need arises.

(5) The name of those witnesses whose testimony is expected to be presented by means of a deposition and designation by reference to page and line of the testimony to be offered (except those to be used for impeachment only) and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.

(6) An estimate of the probable length of trial.

## Objections to Pretrial Submissions

Pursuant to Local Rule CV-16(g), the Court also **ORDERS** the attorney for the defendant by the close of business on September 25, 2024, and the Assistant United States Attorney by the close of business on October 9, 2024, to serve and file the following information:

(1) A list disclosing any objections to the use under Rule 32(a) of deposition testimony designated by the other party.

(2) A list disclosing any objection, together with the grounds therefor, that may be made to the admissibility of any exhibits. Objections not so disclosed, other than objections under Federal Rules of Evidence 402 and 403, shall be deemed waived unless excused by the Court for good cause shown.

## Joint Proposed Jury Instructions and Verdict Form

The parties are **ORDERED** to meet and confer and submit a joint proposed set of jury instructions and verdict form by the close of business on **October 23, 2024**.  Any jury instructions to which both parties do not agree must be submitted

separately with appropriate citations to the law supporting those instructions.  <u>Joint jury instructions shall be submitted in complete format as they would appear when submitted to the jury</u>.  The joint jury instructions shall also be emailed in a Word document to Priscilla Springs, Courtroom Deputy at Priscilla_Springs@txwd.uscourts.gov.

**AS A REMINDER TO THE ATTORNEY FOR DEFENDANT**:  If your client is in custody, arrangements should be made with the United States Marshal Service prior to date of jury selection and trial to ensure your client has proper attire.  In addition, whenever defendants or witnesses have a need for the services of the court interpreter, please notify Priscilla Springs, Courtroom Deputy at (210) 472-6550 ext 5016, no later than five (5) days before the court setting.

All exhibits shall be marked with both the case number and exhibit numbers by counsel prior to jury selection.

The Clerk of Court shall send a copy of this order to the United States Attorney, attorney for defendant, United States Marshals Service, United States Probation Office and Pretrial Services Office.  **Counsel for defendant shall notify defendant of this setting** and, if defendant is on bond, advise the defendant that he/she must be present for all court settings unless excused by the Court.  If defendant is in **state custody, or a writ required**, the Assistant United States Attorney shall immediately prepare and file with the Clerk's Office the appropriate application and order.

All inquiries pertaining to the above-mentioned schedule should be directed to Priscilla Springs Courtroom Deputy  at (210) 472-6550, ext. 5016 or email Priscilla_Springs@txwd.uscourts.gov.

IT IS SO ORDERED.

DATED: Austin, Texas, March 20, 2024.

 

DUSTIN M. HOWELL
U.S. MAGISTRATE JUDGE