**FILED**
May 08, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____LRT_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

UNITED STATES OF AMERICA

v.

NATIN PAUL

Case No. 23-cr-100-DAE

## ORDER

Defendant Nate Paul's Unopposed Motion for Issuance of Subpoenas *Duces Tecum* is GRANTED. He may issue subpoenas to third parties for production of documents before trial; such documents shall be governed by the terms of the protective order in this case; and he shall produce to the government documents that he intends to use in his case in chief.

SIGNED this  8th  day of   May  , 2024, at Austin, Texas.

_____
Dustin M. Howell
United States Magistrate Judge