# EXHIBIT C

**From:** Buie, Alan (USATXW) <Alan.Buie@usdoj.gov>
**Sent:** Tuesday, May 14, 2024 3:46 PM
**To:** Latcovich, Simon <SLatcovich@wc.com>; Looby, Patrick <PLooby@wc.com>
**Subject:** FW: Paul Relativity Two Production

On the off chance that you have not already received it from Gerry, this is the large Relativity file set.

**From:** Mercado, Rachel (USATXW) <RMercado@usa.doj.gov>
**Sent:** Tuesday, May 14, 2024 11:36 AM
**To:** egm@egmlaw.com
**Cc:** Buie, Alan (USATXW) <ABuie@usa.doj.gov>; Guess, Dan (USATXW) <DGuess@usa.doj.gov>; Harding, Matt (USATXW) <MHarding@usa.doj.gov>; Mariah Anger <mca@egmlaw.com>
**Subject:** Paul Relativity Two Production

Counsel,

Your device has been loaded with the load files for *Relativity Part Two*. Device has been encrypted with pw 1TXW*usao!

Feel free to stop by at your earliest convenience. Thank you so much for your patience during this long process!

Have a great day!

Rachel


**Rachel Mercado** | Litigation Support Specialist
U.S. Attorney's Office | Western District of Texas
903 San Jacinto Blvd., Suite 334 | Austin, TX 78701
512.916.5858 | rachel.mercado@usdoj.gov



United States Department of Justice

*United States Attorney's Office*
*Western District of Texas*

*Dan Guess*
*Assistant United States Attorney*

*903 San Jacinto, Suite 334*
*Austin, Texas 78701*

May 14, 2024

Gerry Morris, Esquire
The Law Office of E.G. Morris
505 West 12th Street, Suite 206
Austin, Texas 78701

**Re: Relativity Two production in** *United States v. Natin Paul*, **No. A-23-CR-100-DAE**

Dear Mr. Morris:

     Our staff have loaded onto your device the records that we have previously discussed concerning this case. Included on the device are approximately 2.3TB of information.

     If you have any questions, please feel free to call me or AUSA Buie. If you or your co-counsel would like a more thorough description of the materials listed above, I suggest we schedule a time to look at the material together and discuss it, either in person or via WebEx.

Sincerely,

*Daniel D. Guess*
AUSA Dan Guess