UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA, | § | |
| Plaintiff, | § | NO: AU:23-CR-00100(1)-DAE |
| vs. | § | |
| (1) Natin Paul, | § | |
| Defendant. | § | |

## ORDER SETTING MOTION TO CONTINUE HEARING AND ORDER FOR RESPONSE

It is hereby ORDERED that the above entitled and numbered case is set for an **in person** hearing on the pending MOTION to Continue (Dkt no. 88) before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, June 25, 2024 at 01:30 PM**.

It is FURTHER ORDERED that a response to the Motion to Continue be filed by **Monday, June 24, 2024, no later than 12:00pm**.

IT IS SO ORDERED.

DATED: Austin, Texas June 20, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE