UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | §   NO:  AU:23-CR-00100(1)-DAE |
| | § |
| (1) Natin Paul | § |

ORDER CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

Before the Court is Defendant's unopposed motion to continue the Ellis Deadline and the trial of this case filed on June 18, 2024 (dkt no. 88), citing defense counsel's request for additional time to review discovery. The Government is unopposed to the request for a continuance and filed a response to defendant's motion on June 24, 2024 (dkt no. 90). On June 25, 2024, a hearing was held. After careful consideration of the record, and the arguments made at the hearing, the Court finds the motion (Dkt no. 88) to be well taken and is GRANTED.

IT IS THEREFORE ORDERED THAT trial of this case, currently set for Monday, November 6, 2024, be and hereby is continued.

This case is **REFERRED** to United States Magistrate Judge Howell to enter pretrial deadlines. **Jury Selection will be reset to Tuesday February 18, 2025 at 9:30am.** A separate order setting jury selection will be issued by United States Magistrate Judge Howell.

**The Jury Trial will begin with Judge Ezra on Wednesday February 19, 2025 at 09:00 AM** in Courtroom 2 of the United States Courthouse, 501 W. Fifth St. Austin, Texas.

The Court finds that the period between **November 6, 2024,** and **February 18, 2025**, is a reasonable period of necessary delay to allow

counsel to negotiate a plea; and/or to review discovery and the record to date, and to prepare for trial. The Court finds that the interest of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial, and further finds that such period shall be excluded from the time within which the defendant must be brought to trial under the Speedy Trial Act pursuant to 18, United States Code, Section 3161(h)(7).

    IT IS SO ORDERED.

    DATED: Austin, Texas, June 25, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE