United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Natin Paul a/k/a Nate Paul,<br>    Defendant. | No. A-23-CR-100-DAE |

### Government's Unopposed Motion
### for Entry of Second Agreed Scheduling Order

Without opposition from Defendant, the government requests issuance of the attached Scheduling Order, which counsel for Defendant and the government have reviewed and approved.

On June 25, 2024, Judge Ezra continued the trial of this case from November 6, 2024 to February 19, 2025 and set jury selection for February 18, 2025.  (Order [doc. 92] at 1.)   The attached Scheduling Order sets pretrial deadlines that are consistent with the new dates for jury selection and trial.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By:   /s Alan M. Buie
Alan M. Buie
Assistant United States Attorney
Texas Bar No. 783751
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: 512.916.5858
Fax: 512.916.5854
alan.buie@usdoj.gov

**Certificate of Service**

On August 2, 2024, I filed the foregoing, and caused a copy to be served on Defendants' counsel of record, via the Court's Electronic Case File system.

                                                      */s Alan M. Buie*
                                                     Alan M. Buie
                                                     Assistant United States Attorney

**Certificate of Conference**

On or about August 1, 2024, I conferred with Defendant's counsel of record, who advised me that they do not oppose the relief sought by the foregoing motion.

                                                      */s Alan M. Buie*
                                                     Alan M. Buie
                                                   Assistant United States Attorney