UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| USA § | |
| § | |
| vs. § | NO:   AU:23-CR-00100(1)-DAE |
| § | |
| (1) Natin Paul § | |

**SCHEDULING ORDER**

The Court makes the following schedule as to this defendant:

The deadline for notifying the Court of any **plea agreement** entered into by the parties in this cause is **Friday, January 31, 2025**.  No plea agreement entered into after that date shall be honored by this Court without good cause shown for the delay.

Should a plea agreement be reached and filed in this case and absent written objection filed contemporaneously therewith, this case will be referred to a United States Magistrate Judge for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to final approval and the imposition of sentence by the United States District Court.

Trial is set for **Wednesday, February 19, 2025** at **9:00 AM** in Courtroom 2 of the United States Courthouse, 501 W. Fifth St., Austin Texas.

Jury selection is set for **Tuesday, February 18, 2025** at **9:30 AM** before United States Magistrate Judge Dustin Howell in Courtroom 1 of the United States Courthouse, 501 W. Fifth St., Austin Texas.

**All pretrial motions other than motions in limine are due October 9, 2024; responses are due October 30, 2024; and replies in support of pretrial motions are due November 13, 2024.**  <u>No pretrial motions other than motions in limine will be accepted by the Court after said deadlines, without showing good cause for the delay.  If a pretrial motion other than a motion in limine is filed earlier than October 9, 2024, any response thereto is due twenty-one (21) days after the filing</u>

<u>of the motion, and any reply in support of the motion is due fourteen (14) days after the filing of any response.</u>

**All motions in limine are due January 15, 2025; responses to motions in limine are due January 29, 2025; and replies in support of motions in limine are due February 5, 2025.** <u>If a motion in limine is filed earlier than January 15, 2025, any response thereto is due fourteen (14) days after the filing of the motion in limine, and any reply in support of the motion in limine is due seven (7) days after the filing of any response.</u>

**<u>Disclosures regarding Expert Witnesses</u>**

On or before **November 22, 2024**, the Assistant United States Attorney shall make the disclosures regarding expert witnesses that Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure requires.

On or before **December 20, 2024**, the attorney for the defendant shall make the disclosures regarding expert witnesses that Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure requires.

**<u>Pretrial Submissions</u>**

Pursuant to Local Rule CV-16(f), the Court **ORDERS** the Assistant United States Attorney by the close of business on **December 11, 2024**, and the attorney for the defendant by the close of business on **January 8, 2025**, to serve and file the following information:

(1) A list of questions the party desires the Court to ask prospective jurors.

(2) A list of stipulated facts.

(3) An appropriate identification of each exhibit as specified in this rule (except those to be used for impeachment only), separately identifying those that the party expects to offer and those that the party may offer if the need arises.

(4) The name and, if not previously provided, the address and telephone number of each witness (except those to be used for impeachment only), separately identifying those whom the party expects to present and those whom the party may call if the need arises.

(5) The name of those witnesses whose testimony is expected to be presented by means of a deposition and designation by reference to page and line of the testimony to be offered (except those to be used for impeachment only) and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.

(6) An estimate of the probable length of trial.

**Objections to Pretrial Submissions**

Pursuant to Local Rule CV-16(g), the Court also **ORDERS** the attorney for the defendant by the close of business on **January 15, 2025**, and the Assistant United States Attorney by the close of business on **January 29, 2025**, to serve and file the following information:

(1) A list disclosing any objections to the use under Rule 32(a) of deposition testimony designated by the other party.

(2) A list disclosing any objection, together with the grounds therefor, that may be made to the admissibility of any exhibits. Objections not so disclosed, other than objections under Federal Rules of Evidence 402 and 403, shall be deemed waived unless excused by the Court for good cause shown.

**Joint Proposed Jury Instructions and Verdict Form**

The parties are **ORDERED** to meet and confer and submit a joint proposed set of jury instructions and verdict form by the close of business on **February 7, 2025**. Any jury instructions to which both parties do not agree must be submitted

separately with appropriate citations to the law supporting those instructions.  <u>Joint jury instructions shall be submitted in complete format as they would appear when submitted to the jury</u>.  The joint jury instructions shall also be emailed in a Word document to Priscilla Springs, Courtroom Deputy at Priscilla_Springs@txwd.uscourts.gov.

**AS A REMINDER TO THE ATTORNEY FOR DEFENDANT**:  If your client is in custody, arrangements should be made with the United States Marshal Service prior to date of jury selection and trial to ensure your client has proper attire.  In addition, whenever defendants or witnesses have a need for the services of the court interpreter, please notify Priscilla Springs, Courtroom Deputy at (210) 472-6550 ext 5016, no later than five (5) days before the court setting.

All exhibits shall be marked with both the case number and exhibit numbers by counsel prior to jury selection.

The Clerk of Court shall send a copy of this order to the United States Attorney, attorney for defendant, United States Marshals Service, United States Probation Office, and Pretrial Services Office.  **Counsel for defendant shall notify defendant of this setting** and, if defendant is on bond, advise the defendant that he/she must be present for all court settings unless excused by the Court.  If defendant is in **state custody, or a writ required**, the Assistant United States Attorney shall immediately prepare and file with the Clerk's Office the appropriate application and order.

All inquiries pertaining to the above-mentioned schedule should be directed to Priscilla Springs Courtroom Deputy  at (210) 472-6550, ext. 5016 or email Priscilla_Springs@txwd.uscourts.gov.

IT IS SO ORDERED.

DATED: Austin, Texas,  August     , 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

5