UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA, | § § | |
| Plaintiff, | § | NO:  AU:23-CR-00100(1)-DAE |
| vs. | § § | |
| (1) Natin Paul, | § § | |
| Defendant. | § § | |

## ORDER SETTING MOTION HEARING

It is hereby ORDERED that the above entitled and numbered case is set for **an in person** hearing on the pending MOTION TO SUPPRESS (Dkt no. 98) before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, October 30, 2024 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas September 26, 2024.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE