United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>  Plaintiff,<br><br>v.<br><br>Natin Paul a/k/a Nate Paul,<br>  Defendant. | No. A-23-CR-100-DAE |

## ORDER

Before the Court is the government's Unopposed Motion for Extension of Time, and after considering the same, the Court is of the opinion that it is meritorious and should be granted.

ACCORDINGLY, it is hereby ORDERED that the government shall file, not later than October 7, 2024, its responses to the sealed motions (Dkt no. 98 and Dkt no. 99) filed by the defendant on September 13, 2024.

IT IS FURTHER ORDERED that counsel for the defendant shall file any replies to the government's responses not later than October 23, 2024.

IT IS SO ORDERED.

DATED: October 1, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE