UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 1-23-CR-00100-DAE |
| § | |
| NATIN PAUL, § | |
| *Defendant* § | |

### ORDER

Before the Court is Defendant's Sealed Motion, Dkt. 99. The District Court referred the motion for disposition pursuant to Rule CV-72, Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and 28 U.S.C. § 636(b)(1)(A). Having reviewed the motion, the undersigned enters the following Order.

The parties are **ORDERED** to meaningfully confer telephonically or in person regarding the issues in each party's motion and **FILE** a Joint Advisory with the Court **before 2:00 p.m. on Thursday, October 31, 2024.** The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the undersigned, and set forth briefly the parties' respective positions on each remaining issue. Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used during the hearing by **5:00 p.m. of the business day prior to the hearing**. Please also send a copy of any demonstratives to Natalie Bayer at natalie_bayer@txwd.uscourts.gov by **5:00 p.m. of the business day prior to the hearing.**

1

**IT IS FURTHER ORDERED** that the parties are **TO APPEAR** for an in-person hearing before the undersigned **at 10:00 a.m. on Monday, November 4, 2024.**

SIGNED October 2, 2024.

                                                DUSTIN M. HOWELL
                                                UNITED STATES MAGISTRATE JUDGE