United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Natin Paul a/k/a Nate Paul,<br>    Defendant. | No. A-23-CR-100-DAE |

**Advisory to the Court Regarding
Government's Motion to Quash Subpoena for Testimony of
Former Assistant United States Attorney Neeraj Gupta**

On October 23, 2024, Defendant's counsel of record notified the government that they no longer intend to serve a subpoena *ad testificandum* on former Assistant United States Attorney Neeraj Gupta and do not intend to call Mr. Gupta as a witness at the suppression hearing that is set for October 30, 2024. Therefore, the government respectfully advises the Court that the government's Motion to Quash Subpoena for Testimony of Former Assistant United States Attorney Neeraj Gupta [doc. 119] is now moot.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By:    */s Alan M. Buie*
Alan M. Buie
Assistant United States Attorney
Texas Bar No. 783751
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: 512.916.5858   Fax: 512.916.5854
alan.buie@usdoj.gov

**Certificate of Service**

On October 23, 2024, I filed the foregoing, and caused a copy to be served on the defendant's counsel of record, via the Court's Electronic Case File system.

*/s Alan M. Buie*
Alan M. Buie
Assistant United States Attorney