UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | §   No. 1:23-CR-00100-DAE |
| | § |
| NATIN PAUL, | § |
| *Defendant* | § |
| | § |

## ORDER

Before the Court is the United States's motion to quash the subpoena for testimony of AUSA Stephenson. Dkt. 118. The District Judge referred the motion for disposition pursuant to Rule CV-72, Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and 28 U.S.C. § 636(b)(1)(A). Having reviewed the motion, the undersigned enters the following Order.

The parties are **ORDERED** to meaningfully confer telephonically or in person regarding the issues in each party's motion and **FILE** a Joint Advisory with the Court **before 10:00 a.m. on Friday, October 25, 2024**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the undersigned, and set forth briefly the parties' respective positions on each remaining issue. Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used during the hearing by **10:00 a.m. on Friday, October 25, 2024**. Please also send a copy of any demonstratives to Natalie Bayer at Natalie_Bayer@txwd.uscourts.gov by **10:00 a.m. on Friday, October 25, 2024**.

1

2

**IT IS FURTHER ORDERED** that the parties are **TO APPEAR** for a **ZOOM** hearing before the undersigned on **Friday, October 25, 2024, at 3:00 p.m.** The hearing will last no more than 1 hour with each side afforded 30 minutes to make its arguments. Court staff will be in touch with a Zoom link to attend the hearing.

SIGNED October 24, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE