UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

v.

NATIN PAUL

Case No. 23-cr-100-DAE

**JOINT ADVISORY REGARDING GOVERNMENT'S
MOTION TO QUASH SUBPOENA FOR TESTIMONY OF
ASSISTANT UNITED STATES ATTORNEY KELLY STEPHENSON**

On October 1, 2024, defense counsel provided subpoenas to the government seeking the testimony of, among others, AUSA Kelly Stephenson at this Court's October 30 evidentiary hearing on Mr. Paul's Motion to Suppress. The government moved to quash the subpoena to AUSA Stephenson on October 21. *See* ECF 118. Mr. Paul opposed, but defense counsel committed to informing the government as soon as possible whether they would, in fact, need to call AUSA Stephenson as a witness. *See* ECF 122. The parties have since conferred, and defense counsel informed the government that it would no longer seek testimony from AUSA Stephenson. Accordingly, the government's Motion to Quash is now moot.

In light of the foregoing, the parties respectfully request that the Court adjourn the hearing on the government's Motion to Quash currently scheduled for Friday, October 25, 2024 at 3:00pm.

Dated:  October 25, 2024                                         Respectfully submitted,


By: */s/ Tobin J. Romero*
Tobin J. Romero (admitted *pro hac vice*)
Simon A. Latcovich (admitted *pro hac vice*)
Patrick J. Looby (admitted *pro hac vice*)
Allison S. Eisen (admitted *pro hac vice*)
Williams & Connolly LLP
680 Maine Ave. SW
Washington, DC 20024
Phone (202) 434-5000
Fax (202) 434-5600
tromero@wc.com
slatcovich@wc.com
plooby@wc.com
aeisen@wc.com

E. G. Morris
SBN: 14477700
Law Office of E. G. Morris
505 W. 12th St. Ste. 206
Austin, Texas 78701
Phone (512) 478-0758

1

Fax (877) 497-8347
egm@egmlaw.com

*Counsel for Natin Paul*

**AGREED**:

 /s/ *Alan M. Buie*
Alan M. Buie
Texas Bar No. 783751
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: 512.916.5858
Fax: 512.916.5854

## CERTIFICATE OF SERVICE

On October 25, 2024, I caused a copy of the foregoing pleading to be filed electronically with the Court using the Court's CM/ECF system, which will transmit a notice of electronic filing to all counsel of record in this action.

*/s/ Tobin J. Romero*
Tobin J. Romero
