UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America

v.

Natin Paul

Case No. 23-cr-100-DAE

**NATIN PAUL'S WITNESS LIST**
**OCTOBER 30, 2024 EVIDENTIARY HEARING**

Defendant Nate Paul intends to call the following witnesses to testify at this Court's October 30, 2024 evidentiary hearing on his Motion to Suppress (ECF 98):

1. Cory Allen
2. Alan Buie
3. Thomas Preston Joy
4. Christian Ranno
5. Rani Sabban

Dated:  October 29, 2024                               Respectfully submitted,

By: /s/ Tobin J. Romero
Tobin J. Romero (admitted *pro hac vice*)
Simon A. Latcovich (admitted *pro hac vice*)
Patrick J. Looby (admitted *pro hac vice*)
Allison S. Eisen (admitted *pro hac vice*)
Williams & Connolly LLP
680 Maine Ave. SW
Washington, DC 20024
Phone (202) 434-5000
Fax (202) 434-5600
tromero@wc.com
slatcovich@wc.com
plooby@wc.com
aeisen@wc.com

E. G. Morris
SBN: 14477700
Law Office of E. G. Morris
505 W. 12th St. Ste. 206
Austin, Texas 78701
Phone (512) 478-0758
Fax (877) 497-8347
egm@egmlaw.com

*Counsel for Natin Paul*

1

## CERTIFICATE OF SERVICE

On October 29, 2024, I caused a copy of the foregoing pleading to be filed electronically with the Court using the Court's CM/ECF system, which will transmit a notice of electronic filing to all counsel of record in this action.

*/s/ Tobin J. Romero*
Tobin J. Romero
