United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

v.

Natin Paul a/k/a Nate Paul,
    Defendant.

No. A-23-CR-100-DAE

**Government's Witness List for October 30, 2024 Evidentiary Hearing**

At the evidentiary hearing on October 30, 2024, the government may call to the stand one or more of the following witnesses, each of whom also appears on the defendant's Witness List [doc. 126]:

1. Retired FBI Special Agent Preston Joy
2. Former FBI Task Force Member Rani Sabban
3. Assistant United States Attorney Alan Buie
4. Cory Allen
5. Christian Ranno

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By:    */s Alan M. Buie*
Alan M. Buie
Assistant United States Attorney
Texas Bar No. 783751
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: 512.916.5858
Fax: 512.916.5854
alan.buie@usdoj.gov

**Certificate of Service**

On October 29, 2024, I filed the foregoing, and caused a copy to be served on the defendant's counsel of record, via the Court's Electronic Case File system.

*/s Alan M. Buie*
Alan M. Buie
Assistant United States Attorney