# EXHIBIT 1



**United States Department of Justice**
United States Attorney
Western District of Texas

---

*Mary F. Kruger*  *601 N. W. Loop 410, Suite 600*  Direct Line: (210) 384-7360
*Assistant United States Attorney*  *San Antonio, Texas  78216*  Fax:          (210) 384-7322

October 28, 2024

**VIA EMAIL**
Simon Latcovich
Law Offices Williams & Connolly LLP
680 Maine Avenue SW
Washington, D.C. 20024
slatcovich@wc.com

      Re:    Touhy Request – *U.S. v. Natin Paul*, No. A-23-CR-100-DAE

Dear Mr. Latcovich:

      This office is in receipt of subpoenas for the testimony of AUSA Alan Buie, Trial Attorney Neeraj Gupta, and AUSA Kelly Stephenson and your *Touhy* request letters of October 1 and 17, 2024.  The testimony requested is for a hearing set to proceed on October 30, 2024.

      In an email of October 23, you stated you are no longer seeking testimony from Trial Attorney Gupta.  In a filing of October 25, you stated you are no longer seeking testimony from AUSA Stephenson.  We therefore consider those two requests for testimony to be moot. In addition to seeking attorney testimony, you also sought the testimony of current and former employees of the FBI.  The FBI has provided you with a response to your request by separate letter.

      As you know from my prior letter to you on October 15, any request for testimony, documents, information or records from any employee or former employee, or component of the Department of Justice must comply with the provision of Title 28, Code of Federal Regulations (CFR), Section 16.21 *et seq*., as well as any applicable federal statutes.  *See also U.S. ex rel Touhy v. Ragen*, 340 U.S. 462 (1951) (referenced regulations are referred to as "Touhy Regulations" and requested information as "Touhy Requests").

      With these considerations in mind, the United States Attorney's Office has carefully considered your request. Your Touhy Request is being **granted in part** and **denied in part**.

      AUSA Buie is authorized to testify at the hearing that is scheduled to begin on October 30. He is not authorized to testify at any other proceeding.  His testimony may only concern the facts and circumstances of the above-captioned case, specifically 1) the initiation of the government's

investigation into the defendant; 2) the government's retention and use of World Class employee Cory Allen as a Confidential Human Source in its investigation of the defendant; 3) the government's seizure and subsequent warrant application for the hard drive provided by Christian Ranno; 4) the government's application for search warrants for the defendant's home and office; 5) the government's seizure of documents from the defendant's home and office; 6) the government's subsequent retention and review of the seized evidence; 7) investigative interviews of Cory Allen, Christian Ranno, Joseph Winston, and Brent Taravella; and 8) the government's procurement of evidence via grand jury subpoenas and other sources independent of the challenged searches. AUSA Buie is not authorized to testify regarding any matter unrelated to your request or provide any testimony that would reveal privileged or protected information about this case.

Should AUSA Buie be asked to testify or provide information beyond the scope of his authorized testimony he is directed to respectfully decline to provide the same. *See United States ex rel. Touhy v. Ragen,* 340 U.S. 462 (1951). If you need additional information or assistance, please contact me at 210-384-7360 or by email at mary.kruger@usdoj.gov. Thank you again for your cooperation in this matter.

Sincerely,

JAIME ESPARZA
UNITED STATES ATTORNEY

BY:   */s/ Mary F. Kruger*
MARY F. KRUGER
Civil Chief
Assistant United States Attorney

CC:   AUSA Alan Buie (via email)
AUSA Dan Guess (via email)
AUSA Matt Harding (via email)