**FILED**
October 30, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ps_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | AU:23-CR-00100(1)-DAE |
| | § | |
| (1) Natin Paul | § | |

# LIST OF WITNESSES
## NATIN PAUL'S MOTION TO SUPPRESS (dkt no. 98)

| **FOR GOVERNMENT** | **FOR DEFENDANT** |
|---|---|
| none | 1.  Rani Sabban |
| | 2.  Thomas Preston Joy Jr. |
| | 3.  Christian Ranno |
| | 4.  Alan Buie |