UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATIN PAUL | Case No. 23-cr-100-DAE |

**JOINT MOTION FOR CONTINUANCE**

The parties jointly and respectfully move to continue the trial date from February 18, 2025 to the first available date between April 1, 2025 and April 16, 2025. Several pretrial deadlines have lapsed, including the government's deadline to disclose its experts, and the government's deadline to file its pretrial submissions. The government expects to begin making its pretrial disclosures and expert disclosures next week. The defendant will need adequate time to review and respond to those disclosures, particularly the expert disclosures. The defendant will also need time to review discovery the government expects to produce this week. The parties thus jointly request a modest continuance of the trial date. The parties further request that the Court allow the parties to submit a new pretrial scheduling order to Judge Howell after the Court rules on the motion for continuance.

1

Dated:  January 2, 2025

Respectfully submitted,

 /s/ *Alan M. Buie*
Alan M. Buie
Assistant United States Attorney
Texas Bar No. 783751
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: 512.916.5858
Fax: 512.916.5854
alan.buie@usdoj.gov

*Counsel for the United States*

By: /s/ *Tobin J. Romero*
Tobin J. Romero (admitted *pro hac vice*)
Simon A. Latcovich (admitted *pro hac vice*)
Patrick J. Looby (admitted *pro hac vice*)
Allison S. Eisen (admitted *pro hac vice*)
Williams & Connolly LLP
680 Maine Ave. SW
Washington, DC 20024
Phone (202) 434-5000
Fax (202) 434-5029
tromero@wc.com
slatcovich@wc.com
plooby@wc.com
aeisen@wc.com

E. G. Morris
SBN: 14477700
Law Office of E. G. Morris
505 W. 12th St. Ste. 206
Austin, Texas 78701
Phone (512) 478-0758
Fax (877) 497-8347
egm@egmlaw.com

*Counsel for Natin Paul*

**CERTIFICATE OF CONFERENCE**

The parties have conferred via video conference and electronic mail and agreed to submit the foregoing joint motion.

     /s/ *Alan M. Buie*
Alan M. Buie
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

On January 2, 2025, I caused a copy of the foregoing pleading to be filed electronically with the Court using the Court's CM/ECF system, which will transmit a notice of electronic filing to all counsel of record in this action.

     /s/ *Alan M. Buie*
Alan M. Buie
Assistant United States Attorney