UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: AU:23-CR-100(1)-DAE |
| | § | |
| (1) Natin Paul | § | |

ORDER CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

Before the Court is the parties' Joint Motion for Continuance filed on January 2, 2025 (Dkt no. _____). After careful consideration of the motion and the record, the Court finds the motion (Dkt no. _____) to be well taken and is GRANTED.

IT IS THEREFORE ORDERED THAT trial of this case, currently set for Wednesday, February 18, 2025, be and hereby is continued.

This case is **REFERRED** to United States Magistrate Judge Howell to enter pretrial deadlines. If the parties wish to propose pretrial deadlines, they must do so promptly by motion addressed to Judge Howell.

**Jury Selection will be reset to _____, 2025 at 9:30am.** A separate order setting jury selection will be issued by United States Magistrate Judge Howell.

**The Jury Trial will begin with Judge Ezra on _____, 2025 at 09:00 AM** in Courtroom 2 of the United States Courthouse, 501 W. Fifth St. Austin, Texas.

The Court finds that the period between **February 18, 2025** and _____, **2025**, is a reasonable period of necessary delay to allow counsel to negotiate a plea; and/or to review discovery and the record to date, and to prepare for trial. The Court finds that the interest of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial, and further finds that such period shall be excluded from the time within which the defendant must be brought to trial under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7).

IT IS SO ORDERED.

DATED: Austin, Texas, _____, 2025.


_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE