United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

v.

Natin Paul a/k/a Nate Paul,
    Defendant.

No. A-23-CR-100-DAE

**Government's Estimate of the Probable Length of Trial**

For the reasons stated below, the government estimates that trial of this case will likely last 10 to 14 days, *exclusive of any time that may be consumed by the defendant's case and any rebuttal case presented by the government*. The government is not currently able to estimate the duration of the defendant's case or any government rebuttal case.[1]

The government expects the direct examination of all of the witnesses in the government's case in chief to consume 25 to 30 hours. If the combined duration of cross-examination and redirect examination for those same witnesses is roughly equal to the duration of their direct examinations, the presentation of the government's case in chief will consume 50 to 60 hours. Therefore, for example, if a full day of trial includes 5 hours of testimony, presentation of the government's case in chief will consume 10 to 12 trial days. If a full day of trial includes 6 hours of testimony, the government's case in chief will consume 8 to 10 trial days.

Jury selection will take place on the day before the start of trial, so the jury will be seated already at the beginning of the first trial day. The Court's preliminary instructions to the jury, the reading of the Superseding Indictment, and opening statements likely will consume most of the first morning of trial. Therefore, the first witness likely will take the stand either

---

[1] The defendant's sealed Motion to Suppress is pending. If the Court grants that motion in whole or in part, the government will reconsider its estimate of the probable length of trial.

immediately before or immediately after the lunch break on the first day. A charge conference, closing argument, and the Court's final instructions to the jury seem likely to consume more than a half day of trial and perhaps a full day. In other words, the Court's instructions to the jury at the beginning and end of trial, the reading of the Superseding Indictment, opening statements, the charge conference, and closing argument, in combination will likely consume 1.5 trial days.

    The government as yet has no information about the likely duration of the defendant's case or the likelihood that the government will present a rebuttal case following the defendant's case.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By:    */s Alan M. Buie*
Alan M. Buie
Assistant United States Attorney
Texas Bar No. 783751
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: 512.916.5858
Fax: 512.916.5854
alan.buie@usdoj.gov

**Certificate of Service**

    On January 11, 2025, I filed the foregoing, and caused a copy to be served on Defendant's counsel of record, via the Court's Electronic Case File system.

    */s Alan M. Buie*
Alan M. Buie
Assistant United States Attorney