FILED

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

JAN 15 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America

v.                                              Case Number: AU:23-CR-00100(1)-DAE

(1) Natin Paul
*Defendant*

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED. R. CRIM. P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, (1) Natin Paul, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 15th day of January, 2025.

_____
(1) Natin Paul
*Defendant*

_____
E. G. Morris   Tobin Romero
*Attorney for Defendant*

_____
Alan M. Buie
*Assistant U.S. Attorney*