UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | NO: AU:23-CR-00100(1)-DAE |
| (1) Natin Paul | § | |

ORDER OF REFERRAL

The court having considered the consent by the Defendant, refers this case to the United States Magistrate on duty for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to final approval and imposition of sentence by the United States District Court.

IT IS SO ORDERED.

DATED: Austin Texas, January 15, 2025.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE