# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: AU:23-CR-00100(1)-DAE |
| (1) Natin Paul | § § | |

## ORDER CANCELLING JURY SELECTION/ TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for JURY SELECTION/TRIAL on Tuesday, February, 18, 2025 at 09:00 AM is hereby **CANCELLED**. All pretrial deadlines are hereby VACATED.

IT IS SO ORDERED.

DATED: Austin, Texas January 15, 2025.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE