UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATIN PAUL | Case No. 23-cr-100-DAE |

**UNOPPOSED MOTION TO CLARIFY JUDGMENT**

Nate Paul, through undersigned counsel, respectfully moves for an order clarifying the Judgment because there is confusion in the United States Probation Office ("USPO") about when Mr. Paul's period of home confinement should end. The government does not oppose the clarification

1. On April 16, 2025, the Court sentenced Mr. Paul to "four months of home confinement." Tr. at 32. The Court further ordered that Mr. Paul would be subject to telephone monitoring, not ankle bracelet monitoring. *Id.* at 35. The Judgment stated that Mr. Paul would participate in the Location Monitoring Program with Voice Recognition for a period of four months. Dkt. 191, at 3.

2. Mr. Paul commenced his home confinement on April 16. By tomorrow, August 16, he will have served the four months of home confinement imposed by the Court.

3. Yesterday, Probation Officer Ramos confirmed by text message that the period of home confinement ends on August 16. In response to Mr. Paul's message asking to "confirm for me that the confinement period ends on 8/16," Probation Officer Ramos responded: "Correct 8/16."

4. Today, Probation Officer Juarez, who handles the telephone monitoring, texted Mr. Paul that although his "supervision did start on April 16," his "voice recognition program started

1

April 23." According to Probation Officer Juarez, he and his supervisor believe that the home confinement should, therefore, be extended for another week, until August 23.

5.      There is no dispute that Mr. Paul will have served four months of home confinement by tomorrow. The only question is whether the Court intended for Mr. Paul to serve an additional week of home confinement because the USPO did not start the voice recognition program until a week into his confinement.

WHEREFORE, Mr. Paul respectfully requests that the Court clarify that Mr. Paul, having served four months of home confinement, should be released from home confinement on August 16, 2025.

Dated: August 15, 2025                            Respectfully submitted,

By: /s/ _E.G. Morris_____

E. G. Morris
SBN: 14477700
Law Office of E. G. Morris
505 W. 12th St. Ste. 206
Austin, Texas 78701
Phone (512) 478-0758
Fax (877) 497-8347
egm@egmlaw.com

*Counsel for Natin Paul*

## CERTIFICATE OF CONFERENCE

The parties conferred regarding the issues presented by this motion via teleconference on August 15, 2025. The government does not oppose the clarification.

*/s/ E. G. Morris*
E. G. Morris

## CERTIFICATE OF SERVICE

On August 15, 2025, I caused a copy of the foregoing pleading to be filed electronically with the Court using the Court's CM/ECF system, which will transmit a notice of electronic filing to all counsel of record in this action.

<u>/s/ E. G. Morris</u>
E. G. Morris

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATIN PAUL | Case No. 23-cr-100-DAE |

### ORDER

Before the court this day came Natin Paul's Unopposed Motion to Clarify the Court's judgment in this case. Noted that the motion is unopposed, it is hereby GRANTED.

The judgment of the court is hereby clarified and interpreted to have the effect that the period of four months home confinement imposed as a condition of probation commenced on April 16, 2025, The date sentence was pronounced.

_____
Judge David Ezra,
Senior United States District Judge.